IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WELLNESS PHARMACY, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 20-3082 (CRC)<br><br>**MOTION HEARING SCHEDULED FOR JULY 14, 2021, 10:00 AM** |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Wellness Pharmacy, Inc., *et al.* write to advise the Court that earlier today, the United States Court of Appeals for the District of Columbia Circuit issued a precedential opinion in *National Council for Adoption v. Blinken*, No. 20-5158 (D.C. Cir. July 9, 2021) (copy attached as Ex. A). *National Council for Adoption* addresses legal questions that are also presented by the parties' cross-motions for summary judgment in this case, a hearing on which is scheduled for July 14, 2021. Those legal questions include Article III standing in the context of procedural injuries, *see National Council for Adoption*, slip op. at 12; the distinction between a substantive rule and an interpretive rule, *see id.* at 13–17; and whether a court must decide the substantive validity of agency action if that action is vacated on procedural grounds, *see id.* at 17 n.6.

[*Signature Page Follows*]

Dated: July 9, 2021	Respectfully submitted,

/s/ Rachael G. Pontikes
Rachael G. Pontikes (admitted *pro hac vice*)
Emily L. Hussey (admitted *pro hac vice*)
David T. Hartmann (admitted pro hac vice)
Kelly J. Kearney (admitted *pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
312.207.1000
312.207.6400 (fax)
rpontikes@reedsmith.com
ehussey@reedsmith.com
dhartmann@reedsmith.com
kkearney@reedsmith.com

/s/ James F. Segroves
James F. Segroves (D.C. Bar No. 480630)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005
202.414.9200
202.414.9299 (fax)
jsegroves@reedsmith.com

*Counsel for Plaintiffs*