UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WELLNESS PHARMACY, INC., *et al.* )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>XAVIER BECERRA, *et al.* )<br>)<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:20-cv-03082 (CRC) |

**STATUS REPORT**

Defendants, Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services ("HHS"); Janet Woodcock, in her official capacity as Acting Commissioner of Food and Drugs; and the Food and Drug Administration ("FDA"), by and through their undersigned counsel, respectfully submit this status report in accordance with the Court's Memorandum Opinion (ECF No. 59 at 37) and Order (ECF No. 58). Defendants report the following:

1. Defendants have begun the process of determining whether to prepare a regulatory flexibility analysis or to certify that the Final Standard MOU ("MOU") will not "have a significant economic impact on a substantial number of small entities[,]" 5 U.S.C. § 605(b).

2. The Agency is committed to working diligently to make that threshold determination, as it considers the Final Standard MOU to be an important public health priority.

1

3. If Defendants conclude that the MOU will not have an economic impact meeting the statutory threshold of § 605(b), FDA will promptly make such a certification and inform the Court. If Defendants conclude the opposite, FDA will prepare a regulatory flexibility analysis pursuant to 5 U.S.C. §§ 603–604. Should Defendants undertake a regulatory flexibility analysis pursuant to 5 U.S.C. §§ 603–604, the process is likely to extend well into the new year.

4. Defendants request the opportunity to submit a second status report on February 22, 2022 if they have not informed the Court of their determination under § 605(b) by that date.

Dated: November 22, 2021

| Of Counsel: | Respectfully submitted, |
|---|---|
| DANIEL BARRY<br>Acting General Counsel<br>Department of Health and Human Services | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | ARUN G. RAO<br>Deputy Assistant Attorney General |
| WENDY VICENTE<br>Acting Deputy Chief Counsel, Litigation | |
| | GUSTAV W. EYLER<br>Director |
| JAMES ALLRED<br>Associate Chief Counsel<br>Office of the Chief Counsel<br>U.S. Food and Drug Administration<br>10903 New Hampshire Avenue<br>White Oak 31<br>Silver Spring, MD 20993-0002 | HILARY K. PERKINS<br>Assistant Director<br><br>*/s/ Raquel Toledo*<br>RAQUEL TOLEDO<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>202-532-4719<br>202-514-8742 (fax)<br>Raquel.Toledo@usdoj.gov |
| *Counsel for Defendants* | *Counsel for Defendants* |